389 A.2d 181

Commonwealth v. Strickler, Appellant.

Submitted June 13, 1977. Paul W. Brann, Public Defender, for appellant; James F. McClure, Jr., for Commonwealth, appellee.

Order vacated and case remanded for a new hearing.

WATKINS, former P. J., did not participate in the consideration or decision of this case.